IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

LARRY HITCHCOCK PLAINTIFF

vs 4:20CV00825-BRW

LINCOLN NATIONAL LIFE INSURANCE COMPANY DEFENDANT

ERISA SCHEDULING ORDER

This action arises under ERISA and is therefore exempt from the mandatory disclosures required by Fed. R. Civ. P. 26(a). The Court hereby imposes the following deadline schedule:

1. Motions shall be filed on or before December 10, 2020. If the Court is being asked to review a prior proceeding or administrative action, then a transcript or documentation of such proceeding or administrative action shall be filed with any motions. All motions shall be accompanied by a brief. Responses to any motions shall be filed on or before January 11, 2021.

2. Motions for Summary Judgment shall comply with Local Rule 56.1, which requires that the moving party also file a separate, short and concise statement of the material facts, if any, as to which it contends there is no genuine issue of fact and upon which it relies in arguing for judgment as a matter of law. The non-moving party, if it opposes the motion, shall file, in addition to its response and brief, a separate short and concise statement responding to those facts or law. If the facts are undisputed, the moving party will so state.

3. Briefs accompanying Motions for Summary Judgment, in addition to relevant law

and argument, will include the following:

(1) a history of the administrative proceedings, if any;

(2) references to relevant portions of the transcript, if applicable;

(3) references to relevant portions of the policy at issue, if application.

IT IS SO ORDERED this 7th day of August, 2020.

AT THE DIRECTION OF THE COURT

**James W. McCormack, Clerk**

Melanie Beard, Courtroom Deputy